IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JENNIFER CONANT,

    Plaintiff,

  v.

                                                Case No. 19-cv-780-bbc

ANDREW SAUL,
Commissioner of Social Security,

    Defendant.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Andrew Saul, Commissioner of Social Security against plaintiff Jennifer Conant affirming the Commissioner's decision and dismissing this case.

    s/ K. Frederickson, Deputy Clerk          July 27, 2020
    Peter Oppeneer, Clerk of Court             Date