# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

**JENNIFER CONANT CHAMBERS,**

              **Plaintiff,**

**vs.**                                            **Case No.: 19-cv-780**
**ANDREW SAUL,**
**Commissioner of Social Security,**

              **Defendant.**

## NOTICE OF APPEAL

***Notice is hereby given*** that Jennifer Conant Chambers, by her attorney, Dana W. Duncan, Duncan Disability Law, S.C., plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit, an order dated July 27, 2020 and the judgment dated July 27, 2020 by Federal District Judge Barbara Crabb which affirmed the decision of the Defendant, Andrew Saul, Commissioner of Social Security, denying plaintiff's application for disability insurance benefits under 42 U.S.C. §§ 216(i) and 223.

Dated this 24th day of August, 2020.

                                                      **DUNCAN DISABILITY LAW, S.C.**
                                                      Attorneys for the Plaintiff

                                                      /s/ Dana W. Duncan
                                                      _____
                                                      Dana W. Duncan
                                                      State Bar I.D. No.
                                                      01008917 555 Birch St
                                                      Nekoosa, WI 54457
                                                      (715) 423-4000